E-FILED on    09/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE C. MELCHER, aka, JACQUELINE CARLIN,<br><br>    Debtor. | No. C-09-02444-RMW<br>     C-09-02445-RMW<br>     C-09-02446-RMW<br><br>ORDER CONSOLIDATING BANKRUPTCY APPEALS |
| JACQUELINE CARLIN MELCHER,<br><br>    Appellant,<br><br>v.<br><br>JOHN W. RICHARDSON, TRUSTEE,<br><br>    Appellee. | |

    On June 26, 2009, appellant Jacqueline Melcher ("Melcher) moved to consolidate three appeals from U.S. Bankrupcty Court, Docket Nos. C 09-02444 RMW, C 09-2445 RMW and C 09-02446 RMW.  The parties are the same in all three actions, and Melcher alleges that significant issues overlap among the three actions.  Appellee John W. Richardson has filed a statement of non-opposition to the motion to consolidate.

    Therefore, the above-entitled cases are consolidated.  The consolidated case shall be entitled "In re Jacqueline Melcher Bankruptcy Appeals," and shall bear the case number of the earliest filed

1 | case: C 09-02444 RMW.  After filing this order in each case, the clerk of the court is ordered to
2 | close the file on the other cases, Nos. C 09-2445 RMW and C 09-02446 RMW.  All future filings by
3 | plaintiff with respect to the above-entitled cases shall be in the consolidated case file.

6 | DATED:      09/28/09                           *Ronald M Whyte*
7 |                                                RONALD M. WHYTE
    |                                                United States District Judge

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Plaintiff:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for defendant:**

Charles Patrick Maher          cmaher@luce.com
Diana Donabedian               ddonabedian@luce.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Date:     09/28/09                           JAS
                                             Chambers of Judge Whyte